## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No 09-37475 |
| Melissa A. Tackett | * | Chapter 13 (Judge Humphrey) |
| | * | |
| | * | **DEBTOR'S MOTION TO** |
| Debtor | * | **SELL REAL ESTATE FREE** |
| | • | **AND CLEAR OF LIENS** |

**********************************************************************

Now comes the Debtor, by and through her undersigned Counsel, and moves the Court for an order ordering the sale of real estate located at 9047 Thornhill Court, Springboro, Ohio 45066 free and clear of liens.

1. The Debtors' plan was confirmed on February 1, 2010.

2. The real estate and personal property to be sold is 9047 Thornhill Court, Springboro, Ohio 45066.

Attached hereto and incorporated herein is the legal description.

3. The property to be sold is not the Debtor's Residence and is owned jointly with her former husband Randall R. Tackett.

4. The purchase price is One Hundred Seventy-Four Thousand Four Hundred and 00/100 Dollars ($174,400.00) A copy of the sales contract is attached hereto.

5. The present fair market value of this real estate is $191,540.00 as shown in the Schedule A - Real Property.

6. The Lien Holders in apparent order of priority are as follows:

    A. Any delinquent real estate taxes that may be due at the time of closing. Current taxes shall be prorated at closing.

    B. Mortgage to Benefit Mortgage, LLC filed for Record at Book 3492, Page 252 through 269 with Planned Unite Development Rider filed on April 9, 2004 of the Warren County, Ohio Records in the principal amount of $205,650.00. Attached hereto is a copy of the mortgage and Planned Unit Development Rider. Said mortgage was assigned to Mortgage Electronic Registration Systems, Inc. by virtue of a Corporation Assignment of Mortgage filed for record at Book 3813, Pages 261 and 262 of the records of the Warren County, Ohio Recorder filed on March 16, 2005. Attached hereto is a copy of the Corporation Assignment of Mortgage. Mortgage Electronic Registration Systems, Inc. then assigned this mortgage to U.S. Bank, N.A. Attached hereto is a copy of the assignment.

7. Following is the proposed disposition of the proceeds of sale and the treatment of the above described liens at closing, all amounts are estimates:

Any unpaid and accrued real estate taxes will be prorated and paid at closing.

Mortgage Holder or Purchaser to pay 6% commission to Realtors from the Sale Proceeds.

The mortgage with U.S. Bank, N.A. will be paid the remaining balance of the sale proceeds after taxes, realtor fees and miscellaneous closing costs.

8. All liens will be released by the order approving this motion against the Debtor's real estate located at 9047 Thornhill Court, Springboro, Ohio 45066.

9. The Chapter 13 plan filed by the Debtors did provide for the sale of the property, however, the proceeds of said sale probably will not be sufficient to pay in full all of the liens against the real estate located at 9047 Thornhill Court, Springboro, Ohio 45066.

10. The Debtor will receive no proceeds from the sale of the real estate located at 9047 Thornhill Court, Springboro, Ohio 45066 as this is a short sale.

**WHEREFORE,** the Debtor respectfully moves the Court for an order ordering the sale of the property located at 9047 Thornhill Court, Springboro, Ohio 45066 free and clear of liens.

Respectfully submitted,

/s/ Lester R. Thompson
Lester R. Thompson, #0014841
Case Attorney for Debtors
1340 Woodman Drive
Dayton, Ohio 45432
(937) 252-2030

# CERTIFICATE OF SERVICE WITH TWENTY-ONE (21) DAY NOTICE

All parties are hereby placed on notice that any objection must be filed within Twenty-0ne Days ( 21 ) Days of the date set forth on the Certificate of Service or an order will be submitted to the Court. If a response objection to this Motion for Sale of Real Estate Free and Clear of Liens is timely filed, then this matter shall be set for hearing before the Court and the date and time of the hearing shall be noticed by the Court upon the appropriate parties.

I hereby certify that on October 26, 2010 a copy of the foregoing Motion for Sale of Real Estate Free and Clear of Liens was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court.

Jeffrey M. Kellner, Chapter 13 Trustee
U.S. Trustee

And on the following by ordinary U.S. Mail, postage prepaid, on October 26, 2010 addressed to:

Creditors and other interested parties as shown on the attached Matrix.

US Bank, PO Box 5227, Cincinnati, Ohio 45201

US Bank Home Mortgage, PO Box 790414, Saint Louis, MO 63179-0414

Warren County Treasurer, 406 Justice Drive, Lebanon, Ohio 45036

Melissa A. Tackett, 31 S. Delmar Avenue, Dayton, Ohio 45403

/s/Lester R. Thompson
Lester R. Thompson

CompuNet Clinical Laboratories
2308 Sandridge Drive
Moraine, OH 45439
Phone: (937) 296-0844
Website: www.compunetlab.com



# FAX

## Protected Health Information

DATE: 9/9/2010  TIME: 3:47:06 PM

TO: Pam
COMPANY: Mr. Lester Thompson
PHONE: (937)252-2030
FAX: (937)252-9425

FROM: Melissa Tackett
PHONE: (937)567-6936
E-mail: ____@questdiagnostics.com
FAX: ( ) -

RE: ____
COPY: ____

Number of pages including cover sheet: (7)

Comment:
Pam—
Attached is the contract for the property.
Thank You,
  Melissa Tackett

**NTIAL NOTICE:**

nformation in this FAX message is confidential and protected by both State and Federal Law. It is
uthorized persons to review, copy, disclose, or disseminate confidential medical information. If the
arning is not the intended FAX recipient or the intended recipient's agent, you are hereby notified that
d this FAX message in error and that review or further disclosure of the information contained in this
rohibited. If you have received this FAX in error, please notify us immediately at the telephone
bove and either destroy these documents or return the originals to us by mail. Thank you.

SEP. 9. 2010  3:15PM   CCL FINANCE

Aug. 20. 2010 5:10PM    FAX NO. :9373769184    Aug. 25 2010 04:29PM P2
                                                No.4407  P. 2




# CONTRACT TO PURCHASE REAL ESTATE

(Form approved by the Dayton Area Board of REALTORS®. This is a legally binding contract. If the provisions are not understood, legal advice should be obtained.)

1. OFFER. The undersigned Purchaser offers to buy through _Keller Williams Franklin Park Group_ Dayton, Ohio _August 20, 2010_ (Date)
the terms and conditions set forth below, the real property (the Property) located in _Shelby_ (City or Township)
County of _Shelby_, State of Ohio, described as follows: _[illegible legal description]_
(Street and Number, Zip Code, Legal Description)

6. The Property shall include the land, all appurtenant rights, privileges and easements, and all buildings, improvements and fixtures, including, but not limited to, such of the following as are now on the Property: all electrical, heating, plumbing and bathroom fixtures; all window and door shades, blinds, awnings and screens; storm windows and doors; television antennas; curtain rods; garage door opener and control(s); all landscaping; and [illegible handwritten addition]

11. Any personal property items listed above are owned by Seller and will be free and clear of liens and security interests at closing.

12. 2. PRICE. Purchaser agrees to pay for the Property the sum of $ _[illegible]_
payable in cash at closing. Purchaser's obligations under this Contract are conditioned upon Purchaser's ability to obtain prior to closing $_179,400.00_
mortgage loan of $ _[illegible]_ (Conventional)(FHA)(VA) at interest rates generally prevailing in the Dayton, Ohio area.
Mortgage discount points/origination fees/prepaid items permitted by lender not to exceed $ _3500_
to be paid by Seller. Seller shall have the option to cancel this Contract if Purchaser fails to either (a) make a complete mortgage loan application, including ordering an appraisal, within _5_ days after the date of acceptance of this offer, or (b) obtain mortgage loan approval within _30_ days after the date of acceptance of this offer. By the _[illegible]_

20. 3. DEED. Seller shall furnish a transferable and recordable general warranty deed conveying to Purchaser, or nominee, a marketable title to the Property (as determined with reference to the Ohio State Bar Association Standards of Title Examination), free and clear of all liens, rights to take dower, and encumbrances whatsoever, except (a) legal highways, (b) any mortgage assumed by Purchaser, (c) all installments of taxes and assessments becoming due and payable after closing, (d) rights of tenants in possession, (e) zoning and other laws and (f) easements and restrictions of record which would not prevent Purchaser from using the Property for the following purpose: _residential_

26. If title to all or part of the Property is unmarketable or is subject to matters not excepted as provided above, Seller at Seller's sole cost shall cure any title defects and/or remove such matters within 10 days after receipt of written notice from Purchaser, and if necessary the closing date may be extended to permit Seller the full 10 days to clear title. TITLE INSURANCE. Purchasers are encouraged to inquire about the benefits of title insurance from the closing agent or other title insurance provider. A lender's policy of title insurance does not provide protection to the purchaser. It is recommended that purchasers obtain an owner's policy of title insurance to insure their own interests. If Purchaser elects to obtain an owner's policy, Seller agrees to contribute toward the cost of the policy an amount equal to the lesser of (a) the actual cost of the owner's policy to the extent it exceeds the cost of any lender's policy Purchaser is obtaining or (b) $300.00. This contribution is payable only if Purchaser elects to obtain the owner's policy no later than the date of closing so that Seller's contribution may be deducted from Seller's proceeds at closing. Purchaser reserves the right to designate the closing agent and issuer of the title insurance.

35. 4. TAXES. At closing, Seller shall pay or credit on the purchase price (a) all real estate taxes and assessments, including penalties and interest, which became due and payable prior to the closing, (b) a pro rata share, calculated as of the closing date in the manner set forth below, of the taxes and assessments becoming due and payable after the closing, and (c) the amount of any agricultural tax savings accrued as of the closing date which would be subject to recoupment if the Property were converted to a non-agricultural use (whether or not such conversion actually occurs), unless Purchaser has indicated in paragraph 3 that Purchaser is acquiring the Property for agricultural purposes. If the Property is located in Montgomery County, the tax proration shall be made in accordance with the Montgomery County "short proration" method, in which Seller's share is based upon the number of days from the date of the immediately preceding semi-annual installment to the date of closing. If the Property is located outside of Montgomery County, the tax proration shall be made in accordance with (check one): ____ the Montgomery County "short proration" method or _X_ the "long proration" method, in which Seller's share is based upon the taxes and assessments which are a lien for the year of the closing. (If neither method is checked, the short proration shall apply.) If the short proration method is used, any special assessments which are payable in a single annual installment shall nevertheless be prorated on the long proration method. All prorations shall be based upon the most recent available tax rates, assessments and valuations.

47. 5. SELLER'S REPRESENTATIONS. Seller represents that those signing this Contract constitute all of the owners of the title to the Property, together with their respective spouses. Seller further represents that with respect to the Property (a) no orders of any public authority are pending, (b) no work has been performed or improvements constructed that may result in future assessments, (c) no notices have been received from any public agency with respect to condemnation or appropriation, change in zoning, proposed future assessments, correction of conditions, or other similar matters, and (d) to the best of Seller's knowledge, no toxic, explosive or other hazardous substances have been stored, disposed of, concealed within or released on or from the Property and no other adverse environmental conditions affect the Property. These representations shall survive the closing.

54. 6. POSSESSION. Rentals, interest on any assumed mortgages, water and other utility bills, and any current operating expenses shall be prorated as of the date of closing. If the Property is owner-occupied, possession is to be given _[illegible]_ days after closing at _[illegible]_ AM/PM and utilities shall not be prorated as above but paid for by Seller until delivery of possession. Seller shall be responsible to Purchaser for any damages caused by Seller's failure to deliver possession on the agreed date.

58. 7. DAMAGE TO BUILDINGS. If any buildings or other improvements are substantially damaged or destroyed prior to the closing, Purchaser shall have the option (a) to proceed with the closing and receive the proceeds of any insurance payable in connection therewith, or (b) to terminate this Contract. Seller shall keep the Property adequately insured against fire and extended coverage perils prior to closing. Seller agrees to maintain the

Purchaser's Initials: _[illegible]_  Seller's Initials: _[illegible]_

© March, 2002 Dayton Area Board of REALTORS®

Page 1 of 2
67001

 

# CONTRACT TO PURCHASE REAL ESTATE
## INSPECTION ADDENDUM

(Form approved by the Dayton Area Board of REALTORS®)

PURCHASER: Henry & Blondel Ayee

PROPERTY: 9097 Thornhill Ct., Springboro, OH 45066

**1. Inspection Period.** Purchaser shall have the right for a period of __10__ calendar days after the date of Seller's acceptance (the "Inspection Period") to obtain inspections of the Property at Purchaser's expense in each of the following areas:

- ___ Structural
- _X_ Roof
- ___ Air Conditioning
- ___ Radon
- ___ Basement
- ___ Electrical
- ___ Appliances
- _X_ Whole House
- ___ Fireplace
- ___ Plumbing
- ___ Termite or Wood
- ___ Mold
- ___ Chimney
- ___ Well (quality and quantity)
- ___ Boring Insects
- ___ Other (specify)
- ___ Lead-Based Paint and/or Lead-Based Paint Hazards
- ___ Heating & Furnace
- ___ Septic System

Inspections shall be made by qualified contractors and inspectors (duly licensed and certified where applicable) selected by Purchaser. During the Inspection Period, Purchaser and Purchaser's inspectors and contractors shall be permitted access to the Property at reasonable times. Unless Seller otherwise agrees, Purchaser shall not be present at inspections unaccompanied by Purchaser's Agent. Purchaser shall be responsible for any damage to the Property caused by Purchaser or Purchaser's Inspectors or contractors.

If the inspections disclose any defects in the Property, Purchaser shall notify Seller in writing of the defects prior to the expiration of the Inspection Period. For purposes of this Addendum, "defects" do not include minor, routine maintenance and repair items not affecting habitability. Items shall not be considered defective merely because of their age. Seller shall have no obligation to repair any such items unless specifically agreed in writing. FAILURE TO NOTIFY SELLER OF ANY DEFECTS BEFORE EXPIRATION OF THE INSPECTION PERIOD SHALL CONSTITUTE A WAIVER OF SUCH DEFECTS, AND PURCHASER SHALL TAKE THE PROPERTY "AS IS" WITH RESPECT TO SUCH DEFECTS.

Inspections required by FHA/VA or local municipalities do not necessarily eliminate the need for other inspections.

**2. Lead-Based Paint.** If the item "Lead-Based Paint and/or Lead-Based Paint Hazards" is checked in Section 1 above, the Inspection Period represents the agreed upon period for Purchaser to conduct an assessment or inspection of the Property to determine the presence of lead-based paint and/or lead-based paint hazards. Except as provided in this Inspection Addendum, Purchaser waives any right or opportunity to conduct an assessment or inspection for these purposes.

**3. Mold Notice and Disclaimer.** Purchaser is advised that every home contains mold. Some persons are more sensitive to mold than others. If concerned about this issue, Purchaser is encouraged to have a mold inspection done by a qualified inspector.

**4. Repair Period.** In the event Purchaser's inspections disclose any defects in the Property which are timely reported to Seller, Seller shall have the right, for a period of 10 calendar days after expiration of the Inspection Period (the "Repair Period"), to either (a) repair the defect in a good and workmanlike manner, using contractors reasonably acceptable to Purchaser or (b) provide other assurances reasonably acceptable to Purchaser, by means of an escrow of funds at closing for the repairs or otherwise, that the defects will be repaired with due diligence and in a good and workmanlike manner.

**5. Right to Cancel.** If Seller is unwilling or unable to repair any defect or to provide the assurances described above during the Repair Period, Purchaser shall have the right, at Purchaser's sole option, to cancel this Contract, in which event the earnest money shall be returned to Purchaser in accordance with the procedures set forth in Paragraph 9 on the first page of this Contract and the parties shall be released from all further obligations under this Contract. This right of cancellation shall be exercised, if at all, by giving written notice to Seller within 5 calendar days after the earlier of (a) receipt of a written notice from Seller stating that Seller is unwilling to make the repairs or provide the assurances described above or (b) expiration of the Repair Period. FAILURE BY PURCHASER TO CANCEL THIS CONTRACT WITHIN SUCH 5 CALENDAR DAY PERIOD SHALL CONSTITUTE A WAIVER BY PURCHASER OF ANY UNCURED DEFECTS AND PURCHASER SHALL TAKE THE PROPERTY "AS IS" WITH RESPECT TO SUCH DEFECTS.

Seller's Initials: ____  ____  09-08-10

© January, 2008 Dayton Area Board of REALTORS® 57601

Page 1 of 2

**DAYTON AREA BOARD OF REALTORS®**
**CONTRACT TO PURCHASE REAL ESTATE**

Property 2017 Mcdonalds, Springfield, OH 45506

MJO 8/27/10
BDO 08/27/2010

63. Property in its present condition until delivery of possession, subject to ordinary wear and tear and the provisions of this paragraph. Purchaser shall
64. have the right to conduct a walkthrough inspection to verify the condition of the property prior to the closing. OCTOBER 15, 2010
65. 8. ACCEPTANCE; CLOSING. This offer shall remain open for acceptance until _____ (Date), at 11:59 p.m. The closing
66. for delivery of the deed and payment of the balance of the purchase price shall be held on or before _____ (Date), at _____ 10/15/10
67. time and place mutually agreed upon by Seller and Purchaser. In the event of a failure of both parties to agree, the closing shall be held on the last

MJO 8/27/10
BDO 8/27/2010

68. 9. EARNEST MONEY; DEFAULT. Upon presentation of this offer, Purchaser has delivered to Koehler Winebrenner ... Real Estate
69. Broker, the sum of $ 1000.00 as earnest money, to be (1) deposited in the Broker's trust account promptly after acceptance of this

ACKNOWLEDGE
19, 2010

MJO 9/8/10
MPT 09-08-10

93. ☒ Inspection Addendum   ☐ Land Contract Addendum   ☐ Other (Describe) _____

94. WITNESS: _Robert J___ Will___  Purchaser: M. J. Oyler
95. MAKE DEED TO (Print): Monty J. Oyler   Purchaser: Boyd D. Oyler
96. Brenton D. Oyler   Address: 8441 Dialton Rd, Springfield OH 45504

**ACCEPTANCE**
97. The undersigned Seller ( ____ ) accepts the foregoing offer; or ( ✓ ) counteroffers according to the related changes set forth above or in   Date: 08/20/2010
98. the attached addenda, which counteroffer shall remain open for acceptance until _____ (Date), at 11:59 P.M.

100. WITNESS _____   Seller: Randall A. Tackett
101. Not accepted at this time. Thank you for your offer.   Print: Randall R. Tackett
102. Seller _____   Seller: Melissa A. Tackett
103. Seller _____   Print: Melissa A. Tackett

**DEPOSIT RECEIPT**
105. Receipt is acknowledged of $ 1000.00   Date: August 25, 2010
    earnest money, to be deposited in the undersigned Broker's trust account upon
106. acceptance of this offer and to be applied as provided in paragraph 9 above.
107. Koehler Winebrenner Real Estate   By: _____ , REALTORS®
    (Firm Name)   (Agent Signature)
    Phone: 937-399-1691 / 937-631-1240

© March 2009 Dayton Area Board of REALTORS®

Page 2 of 2
07001

# CONTRACT TO PURCHASE REAL ESTATE INSPECTION ADDENDUM

PROPERTY: _[handwritten address, illegible], Springboro, OH 45066_

6. **Release.** Seller and Purchaser release the Broker(s) from any and all liability arising from (a) any action by the Broker(s) in obtaining or recommending an inspector or contractor, (b) the contents of any inspection report or the work of any contractor, (c) any advice concerning the necessity of any inspections, (d) any defect or deficiency in the Property and (e) the failure to deliver any notice within the time periods provided herein unless specifically requested to do so. This waiver shall survive the closing.

7. **Homeowner's Warranty Disclosure.** If a homeowner's warranty is being provided under the terms of this Contract, the party furnishing the warranty may select any reputable company to issue the warranty, unless a specific warranty company has been specified. The parties acknowledge that a fee may be paid by the warranty company to one of the brokers involved in this transaction. The amount of this fee will be disclosed to Seller and Purchaser upon request after the warranty company has been specified.

8. **Residential Property Disclosure Form.** Purchaser _X_ has _____ has not (check one) received a State of Ohio "Residential Property Disclosure Form" before signing this offer.

## OTHER ADDENDA

9. Purchaser has property inspected & whole house inspection, at their own expense, prior to offer.

10. The subject property shall appraise for no less than the purchase price of this contract as judged by the purchaser and all earnest monies shall be returned to the purchaser with no further liabilities to any party.

_BAO 8/27/2010_
_MJD 8/28/10_
_GAY 9/8/10_

11. As stated in contract line 63, contract is open for acceptance by third-party until 11:55 PM on _August_ 20, 2010. Otherwise contract is voidable by purchaser and all earnest monies shall be returned to the purchaser with no further liabilities to any party.

_MAT 09-06-10_

12. Buyer's closing costs of $3500 are included in purchase price.

_BAO 8/27/10_
_BAO 8/27/2010_
_MAT 09/8/10_

13. This contract is subject to purchaser obtaining a financing commitment - loan - of fixed rate of 4.375% with a $0 down payment. If the purchaser cannot obtain this customary financing terms, this contract is voidable by the purchaser and any earnest monies shall be returned to the purchaser with no further liabilities to any party.

_MAT 09-06-10_

14. Purchaser shall have a right to a walk-through inspection 48 hours prior to closing.

_MJD 8/27/10_
_BAO 8/27/2010_
_GAY 9/8/10_

15. Total sale price including closing costs to be $174,400.00

_Purchaser_ [signature: Mark J. Oyler]
_Purchaser_ [signature: Brenda D. Oyler]
_Date_ 8/20/2010

_Seller_ [signature: Gordon A. Y___]    09-08-10
_Seller_ [signature: Melissa ___]
_Date_ 9/8/10

© January, 2005 Dayton Area Board of REALTORS® 57802

Page 2 of 2




# AGENCY DISCLOSURE STATEMENT

The real estate agent who is providing you with this form is required to do so by Ohio law. You will not be bound to pay the agent or the agent's brokerage by merely signing this form. Instead, the purpose of this form is to confirm that you have been advised of the role of the agent(s) in the transaction proposed below. (For purposes of this form, the term "seller" includes a landlord and the term "buyer" includes a tenant.)

Property Address: 9047 Thornwell Cr. Springboro, OH 45066
Buyer(s): Monty J. and Brenda D. Oyler
Seller(s): Randall R. and Melissa A. Trackett

## I. TRANSACTION INVOLVING TWO AGENTS IN TWO DIFFERENT BROKERAGES

The buyer will be represented by Robert Joseph Wilson, AGENT(S), and Keller Williams Advantage Real Estate, BROKERAGE

The seller will be represented by Gregory R. Horn, AGENT(S), and The Northern Hoff Group, BROKERAGE

## II. TRANSACTION INVOLVING TWO AGENTS IN THE SAME BROKERAGE

If two agents in the real estate brokerage _____
represent both the buyer and the seller, check the following relationship that will apply:

☐ Agent(s) _____ work(s) for the buyer and
Agent(s) _____ work(s) for the seller. Unless personally involved in the transaction, the broker and managers will be "dual agents", which is further explained on the back of this form. As dual agents they will maintain a neutral position in the transaction and they will protect all parties' confidential information.

☐ Every agent in the brokerage represents every "client" of the brokerage. Therefore, agents _____ and _____ will be working for both the buyer and seller as "dual agents". Dual agency is explained on the back of this form. As dual agents they will maintain a neutral position in the transaction and they will protect all parties' confidential information. Unless indicated below, neither the agent(s) nor the brokerage acting as a dual agent in this transaction has a personal, family or business relationship with either the buyer or seller. If such a relationship does exist, explain:

## III. TRANSACTION INVOLVING ONLY ONE REAL ESTATE AGENT

Agent(s) _____ and real estate brokerage _____ will

☐ be "dual agents" representing both parties in this transaction in a neutral capacity. Dual agency is further explained on the back of this form. As dual agents they will maintain a neutral position in the transaction and they will protect all parties' confidential information. Unless indicated below, neither the agent(s) nor the brokerage acting as a dual agent in this transaction has a personal, family or business relationship with either the buyer or seller. If such a relationship does exist, explain:

☐ represent only the (check one) ☐ seller or ☐ buyer in this transaction as a client. The other party is not represented and agrees to represent his/her own best interest. Any information provided the agent may be disclosed to the agent's client.

## CONSENT

I (we) consent to the above relationships as we enter into this real estate transaction. If there is a dual agency in this transaction, I (we) acknowledge reading the information regarding dual agency explained on the back of this form.

_Monty J. Oyler_ 8/20/2010   _Randall R. Trackett_ 9/8/10
BUYER/TENANT        DATE    SELLER/LANDLORD      DATE

_Brenda D. Oyler_ 8/26/2010   _Melissa A. Trackett_ 09-08-10
BUYER/TENANT        DATE    SELLER/LANDLORD      DATE

Page 1 of 2

Effective 01/01/05

# SHORT SALE AGREEMENT

Property address: 9047 THORNHILL CT., SPRINGBORO OH 45066

The purchaser will have the right to have the property inspected. The property is being sold "AS IS". The purchaser shall have the right to cancel the contract in the event there is a MAJOR defect.

The period for applying for a mortgage, ordering appraisal and inspections all begin upon approval of the short sale. If the appraisal is not ordered within 5 days of short sale approval, seller will have an option to cancel the contract.

The purchaser agrees to close within 30 days of short sale approval.

The property is to be put in sale pending status upon acceptance of contract. The seller will not be accepting other offers.

**ALL TERMS AND CONDITIONS OF THE PURCHASE CONTRACT AND ADDENDUMS ARE SUBJECT TO SELLER'S LENDER APPROVING THE SHORT SALE.**

AGREED

_____ Date 8/20/2010
Purchaser

_____ Date 8/20/2010
Purchaser

_____ Date 9/8/10
Seller

_____ Date 09-08-10
Seller

Situate in the Township of Clearcreek, County of Warren, State of Ohio and Being Lot Numbered Thirty Three (33) Summit Pointe, Section 1, as recorded in Plat Book 55, Pages 59 and 60, of the Plat Records of Warren County, Ohio.

Sidwell No. 05-33-370-008-0

(04000284.pfd/04090284/17)

BOOK 3492   PAGE 270

| | | |
|---|---|---|
| American Infosource as agent for<br>World Fin. Network Nat'l Bank/Value City<br>Po Box 248872<br>Oklahoma City, OK 73124-8872 | Fifth Third Bank<br>P.O Box 829009<br>Dallas, TX 75382-9009 | Gemb/Old Navy<br>Po Box 981400<br>El Paso, TX 79998 |
| Chase<br>PO Box 15153<br>Wilmington, DE 19885-5153 | Fifth Third Bank<br>MD# ROPS05 Bankruptcy Dept<br>1850 East Paris SE<br>Grand Rapids, MI 49546-6253 | H&R Block<br>1524 Miamisburg-Centerville Road<br>Dayton, OH 45459 |
| Chase Bank USA<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374-0933 | Fifth-Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | HSBC Bank Nevada<br>Bass & Associates PC<br>3936 E Ft Lowell Rd, Ste 200<br>Tucson, AZ 85712-1083 |
| Chase-Bp<br>Po Box 15298<br>Wilmington, DE 19850 | Ford Cred<br>Po Box Box 542000<br>Omaha, NE 68154 | HSBC Bank Nevada/Bass & Assoc<br>3936 E Ft Lowell Rd., Ste 200<br>Tucson, AZ 85712-1083 |
| Department Stores Nat'l Bank/Macys<br>NCO Financial Systems, Inc.<br>Po Box 137<br>Columbus, GA 31902-0137 | GE Money Bank/JCPenney<br>P.O. Box 960090<br>Orlando, FL 32896-0090 | HSBC/Elder Beerman<br>P.O Box 15521<br>Wilmington, DE 19850 |
| Department Stores National Bank/<br>Macy's VISA<br>P.O. Box 689194<br>Des Moines, IA 50368-9194 | GE Money Bank/Lowe's<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 | JP Morgan Chase Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Department Stores National Bank/Macy's<br>P.O. Box 183083<br>Columbus, OH 43218-3083 | GE Money Bank/Old Navy VISA<br>P.O. Box 960017<br>Orlando, FL 32896-0017 | Kohl's Payment Center<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 |
| Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | GE Money Bank/Walmart<br>P.O. Box 530927<br>Atlanta, GA 30353-0927 | LVNV Funding LLC<br>C/O Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Discover Card<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 | GE Money Bank/Walmart<br>PO Box 530927<br>Atlanta, GA 30353-0927 | NTB Credit Plan<br>P.O. Box 653054<br>Dallas, TX 75265-3054 |
| Erin A. Jochim, Case Attorney<br>Lerner, Sampson & Rothfuss<br>P.O Box 5480<br>Cincinnati, OH 45201-5480 | Gemb/Morris<br>Po Box 981439<br>El Paso, TX 79998 | PRA Receivables Management<br>agent of Portfolio Recovery Assocs<br>PO Box 41067<br>Norfolk, VA 23541-1067 |

Randall R. Tackett
9047 Thornhill Ct.
Springboro, OH 45066

US Bank NA
4801 Frederica Street
Owensboro, KY 42301

Recovery Management Systems Corp.
Attn: Ramesh Singh/GE Money Bank
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Warren County Treasurer
406 Justice Drive
Lebanon, OH 45036

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

WFNNB-Value City
PO Box 659704
San Antonio, TX 78265-9704

Sears Gold Master Card
PO Box 183082
Columbus, OH 43218-3082

Speedway/Superamerica
3460 Blazer Pkwy
Lexington, KY 40509

Target National Bank
PO Box 59317
Minneapolis, MN 55459-0317

Target National Bank
c/o Weinstein and Riley PS
2001 Western Avenue, Ste 400
Seattle, WA 98121-3132

Us Bank
Po Box 5227
Cincinnati, OH 45201

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

US Bank Home Mortgage
PO Box 790414
Saint Louis, MO 63179-0414